**MINUTES OF
ACTIONS TAKEN IN WRITING WITHOUT A MEETING
BY THE MEMBER OF
THE MANLEY LAW FIRM LLC ENTITLED TO VOTE**

October 1, 2025

The undersigned, being the only Member of **The Manley Law Firm LLC** (the "Company") entitled to vote with respect to the expulsion of a Member for cause pursuant to Section 9.7 of the Third Amended and Restated Operating Agreement of the Company (the "Operating Agreement") and in accordance with Ohio Revised Code §1706.09, hereby adopts the following resolutions by written consent in lieu of a meeting of the Members of the Company.

WHEREAS, the Operating Agreement of the Company authorizes the expulsion of a Member for cause upon the affirmative vote of all the other Members, with the Member subject to expulsion having no right to vote thereon;

WHEREAS, the undersigned is the only remaining Member entitled to vote on the matter of expulsion; and

WHEREAS, the undersigned has determined that cause exists for the expulsion of Brent Gibbs as a Member of the Company pursuant to Section 9.7(e) of the Operating Agreement, including breaches of the confidentiality obligations of the Members, a breach which cannot be cured.

NOW, THEREFORE, BE IT RESOLVED, that effective as of October 1, 2025, Brent Gibbs is hereby expelled as a Member of the Company for cause pursuant to Section 9.7(e) of the Operating Agreement;

FURTHER RESOLVED, as a result of Brent Gibbs ceasing to be a Member of the Company, Brent Gibbs is hereby removed from all officer positions he holds with the Company;

FURTHER RESOLVED, that the Company shall take all necessary actions to carry out this expulsion, including updating its records to reflect that Brent Gibbs is no longer a Member of the Company as of October 1, 2025;

FURTHER RESOLVED, that the rights, duties, and obligations of the expelled Member shall hereafter be governed by the provisions of the Operating Agreement applicable to an expelled Member, including the buy-out provisions regarding the purchase or redemption of the expelled Member's interest;

FURTHER RESOLVED, that all acts of any person or persons designated and authorized to act by an authorized representative of the Company, which acts would have been authorized by any foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, be, and hereby are, severally ratified, confirmed, approved and adopted in all respects as acts in the name and on behalf of the Company; and

**EXHIBIT 4**

FINALLY RESOLVED, that this written consent shall be filed with the minutes of the proceedings of the Members of the Company and shall have the same force and effect as if adopted at a duly noticed meeting of the Members specifically called for this purpose.

The foregoing constitutes a complete record of actions taken by the only Member of the Company entitled to vote on such matters effective the day and year first above written.

[*signature page immediately follows*]

      IN WITNESS WHEREOF, the undersigned Member has executed these Minutes of Action in Writing Without a Meeting on as of the date first set forth above.

**MEMBER:**

_____
Theodore K. Manley

**EXHIBIT 4**